UNITED STATES DISTRICT COURT
THE EASTERN DISTRICT OF LOUISIANA

JOHN PRIOR
        Plaintiff

VERSUS

IESI LA CORP. D/B/A
COASTAL WASTE SERVICES
        Defendant

CIVIL ACTION NO. 2:10-CV-1078

HELEN G. BERRIGAN
DISTRICT JUDGE, SECTION C

JOSEPH C. WILKINSON, JR.
MAGISTRATE JUDGE, DIVISION 2

---

## **ORDER**

Considering the foregoing Voluntary Motion and Order to Dismiss;

IT IS ORDERED, ~~ADJUDGED AND DECREED~~ that this matter be and the same is hereby dismissed, with prejudice, each party to bear its own costs.

New Orleans, Louisiana, this __10th__ day of _____June_____, 2011.

_____
HELEN G. BERRIGAN, JUDGE